**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

NAKIA A. YANCY,                    :   No. 135 EM 2016
                                   :
            Petitioner             :
                                   :
                                   :
                                   :
            v.                     :
                                   :
                                   :
                                   :
HON. JACQULINE F. ALLEN,           :
                                   :
            Respondent             :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filings within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County and to strike the name of the jurist from the caption.